UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KEVIN SANFORD

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-49 (GHL)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 21 2008
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

____Robert Bogdan, Esq____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) __1 as amended on the record__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** December 22, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $505.00, payable no later than July 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

_____April 16, 2008_____
Date of Imposition of Sentence

_____April 19, 2008_____
DATE SIGNED

_____/s/ George H. Lowe_____
GEORGE H. LOWE
U.S. Magistrate Judge